**WESTERN MANAGEMENT, INC., Yvonne R. Kovacevich, and Robert Kovacevich, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2013–5112.**

United States Court of Appeals, Federal Circuit.

Feb. 7, 2014.

Robert E. Kovacevich, of Spokane, Washington, argued for plaintiffs-appellants.

Regina S. Moriarty, Attorney, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-

appellee. With her on the brief were Kathryn Keneally, Assistant Attorney General, and Richard Farber, Attorney.

NEWMAN, DYK, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**